akerman

Rory J. McEvoy

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY 10020

D: 212 259 6480
T: 212 880 3800
F: 212 880 8965
DirF: 212 259 7195

October 9, 2026

**VIA ECF**

Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: Belizaire v. Mount Sinai Beth Israel**
**25 Civ. 6309 (RA)**

Dear Judge Abrams:

On behalf of our client Beth Israel Medical Center d/b/a Mount Sinai Beth Israel ("MSBI"), and after consultation with *pro se* Plaintiff, we write regarding: (i) the Mediation Referral Order, dated June 26, 2026, and (ii) the Scheduling Order, dated September 29, 2026. After the Initial Pretrial Conference on June 26, 2026, the Court referred this case to mediation and ordered the Clerk of Court to locate pro bono counsel to represent Plaintiff at the mediation. To date, pro bono counsel for Plaintiff and a mediator have not been assigned. Accordingly, the parties make a joint request that pro bono counsel to represent Plaintiff at the mediation and a mediator be assigned to this case.

The Scheduling Order rescheduled a post-discovery conference in this case from October 23 to October 30, 2026; however, there is no so-ordered Case Management Plan and Scheduling Order on the docket scheduling discovery deadlines or a post-discovery conference. Counsel for MSBI is unavailable to attend the conference on October 30 because we have a trial in New York Supreme Court, Kings County beginning on October 29, which will last approximately two weeks.[1] Accordingly, MSBI requests that the conference be adjourned. This is the first request for an adjournment of the October 30 conference. Plaintiff does not consent to this request because she says that she is available that day.

[1] Counsel for MSBI has another trial in New York Supreme Court, New York County beginning on November 16, which will also last approximately two weeks.

Finally, although MSBI served Plaintiff with its First Request for the Production of Documents and First Set of Interrogatories and a Notice of Deposition, Plaintiff has not yet served her responses to MSBI's requests. MSBI has asked Plaintiff for the date by which she expect to serve her responses; however, Plaintiff has indicated that she needs to find a lawyer to review them and prepare the responses to them with her. Accordingly, Plaintiff requests that: (i) the pro bono counsel appointed for the mediation to assist her with this or (ii) the Court appoints pro bono counsel to represent her in this case. Counsel for MSBI understands Plaintiff as stating that she cannot respond to MSBI's discovery requests until she finds a lawyer. Accordingly, Plaintiff requests 30 days to have a lawyer appointed for her or to otherwise find a lawyer and will inform the Court and MSBI in 30 days whether she has found a lawyer. MSBI consents to this request. As soon as MSBI receives Plaintiff's responses to its initial discovery requests and resolves any disputes, if any, MSBI can take Plaintiff's deposition.

Respectfully submitted,

/s/ Rory J. McEvoy

Rory J. McEvoy

cc: Ms. Luchena Belizaire (via ECF)

Application granted.

The conference currently scheduled for October 30, 2026 is adjourned sine die. As a Case Management Plan and Scheduling Order has not been entered, the parties are directed, within fourteen days of this order, to confer and submit one consistent with the current status of discovery.

The parties are advised that appointment of pro bono counsel for mediation is subject to the availability of volunteer attorneys, although the Court will make every effort to identify counsel to do so. Finally, if Plaintiff seeks further assistance, she may consult with the City Bar Justice Center's clinic for pro se litigants by visiting its website at www.citybarjusticecenter.org/projects/federal-pro-se-legalassistance- project, by calling (212) 382-4794, or by emailing fedprosdny@nycbar.org. This clinic, which is neither part of nor run by the Court, assists pro se litigants with federal civil case.

SO ORDERED.

Hon. Ronnie Abrams
October 9, 2026