akerman

Brittany Buccellato
Special Counsel

Akerman LLP
1251 Avenue of the Americas, 37th Floor
New York, NY 10020

T: 212 880 3800
brittany.buccellato@akerman.com

October 23, 2026

**VIA ECF**

Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: Belizaire v. Mount Sinai Beth Israel**
**25 Civ. 6309 (RA)**

Dear Judge Abrams:

On behalf of our client Beth Israel Medical Center d/b/a Mount Sinai Beth Israel ("MSBI"), and pursuant to the Court's Individual Rules in Civil Cases 1(D), I write to make a joint request for a two-week extension of the deadline to file a proposed Case Management Plan from October 23, 2026 to November 6, 2026. This is the first request for an extension of this deadline. The reason for this request is that Plaintiff informed me that she reached out to the City Bar Justice Center's Pro Se Clinic (the "Clinic") regarding assistance in this litigation. She received a response on October 20 that someone from the Clinic will reach out to her in 5 to 7 days. Plaintiff has communicated to me that she cannot tell me when she will be able to provide her responses to MSBI's initial sets of document requests and interrogatories until after she speaks with the Clinic about them assisting her with her responses. On October 21, I communicated to Plaintiff that, based on what she told me, we should make a request for a two-week extension of the deadline to file a proposed case management plan to give her time to speak with the Clinic. I reached out to her again today. As of the time of the filing of this letter, she has not responded to me.

Respectfully submitted,

/s/ Brittany Buccellato

Brittany Buccellato

cc: Ms. Luchena Belizaire (via ECF)

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
October 26, 2026